IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIONE V. LATUHOI,

      Plaintiff,                       No. CIV 2:12-cv-0370-MCE-JFM (PS)

      vs.

BANK OF AMERICA, N.A., *et al.*,

      Defendants.               <u>ORDER</u>

                              /

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On March 6, 2012, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). No opposition to the motion to dismiss has been filed.

        Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. The hearing date of April 19, 2012 is vacated. Hearing on defendants' motion
3    to dismiss is continued to May 17, 2012 at 11:00 a.m. in courtroom no. 26.
4    2. Plaintiff shall file opposition, if any, to the motion to dismiss, no later than
5    May 3, 2012. Failure to file opposition and appear at the hearing will be deemed as a statement
6    of non-opposition and shall result in a recommendation that this action be dismissed pursuant to
7    Federal Rule of Civil Procedure 41(b).
8    DATED: April 10, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;latu0370.nooppo