1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SIONE V. LATUHOI,

11              Plaintiff,                    No. CIV 2:12-cv-0370-MCE-JFM (PS)

12       vs.

13  BANK OF AMERICA, N.A., *et al.*,          ORDER AND

14              Defendants.                   FINDINGS AND RECOMMENDATIONS

15  _____/

16              On March 6, 2012, defendants filed a motion to dismiss.  After plaintiff  failed to

17  oppose the motion, the court issued an order dated April 10, 2012 ordering plaintiff to file an

18  opposition or a statement of non-opposition to the pending motion within thirty days.  Plaintiff

19  was informed that failure to file an opposition would result in a recommendation that this action

20  be dismissed pursuant to Fed. R. Civ. P. 41(b).  The thirty day period has now expired and

21  plaintiff has not responded to the court's order.

22              "Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss

23  an action for failure to comply with any order of the court."  Ferdik v. Bonzelet, 963 F.2d 1258,

24  1260 (9th Cir. 1992).  "In determining whether to dismiss a case for failure to comply with a

25  court order the district court must weigh five factors including:  '(1) the public's interest in

26  expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of

1

1   prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits;

2   and (5) the availability of less drastic alternatives.'" Ferdik, 963 F.2d at 1260-61 (quoting

3   Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986)); see also Ghazali v. Moran, 46

4   F.3d 52, 53 (9th Cir. 1995).

5         In determining to recommend that this action be dismissed, the court has

6   considered the five factors set forth in Ferdik.  Here, as in Ferdik, the first two factors strongly

7   support dismissal of this action.  The action has been pending since February 2012, two of the

8   four defendants have yet to appear and the instant motion to dismiss has remained unopposed for

9   over two months.  Plaintiff's failure to comply with the Local Rules and the court's April 12,

10   2012 order suggests that he has abandoned this action and that further time spent by the court

11   thereon will consume scarce judicial resources in addressing litigation which plaintiff

12   demonstrates no intention to pursue.

13         The fifth factor also favors dismissal.  The court has advised plaintiff of the

14   requirements under the Local Rules and granted ample additional time to oppose the pending

15   motion, all to no avail.  The court finds no suitable alternative to dismissal of this action.

16         Under the circumstances of this case, the third factor, prejudice to defendants

17   from plaintiff's failure to oppose the motion, should be given little weight.  Plaintiff's failure to

18   oppose the motion does not put defendants at any disadvantage in this action.  See Ferdik, 963

19   F.2d at 1262.  Indeed, defendants would only be "disadvantaged" by a decision by the court to

20   continue an action plaintiff has abandoned.  The fourth factor, the public policy favoring

21   disposition of cases on their merits, weighs against dismissal of this action as a sanction.

22   However, for the reasons set forth supra, the first, second, and fifth factors strongly support

23   dismissal and the third factor does not mitigate against it.  Under the circumstances of this case,

24   those factors outweigh the general public policy favoring disposition of cases on their merits.

25   See Ferdik, 963 F.2d at 1263.

26   /////

1    For the foregoing reasons, IT IS HEREBY ORDERED that the May 17, 2012

2  hearing on defendants' motion to dismiss is vacated; and

3    IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to

4  Federal Rule of Civil Procedure 41(b).

5    These findings and recommendations are submitted to the United States District

6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

7  days after being served with these findings and recommendations, any party may file written

8  objections with the court and serve a copy on all parties.  Such a document should be captioned

9  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

10  objections shall be filed and served within fourteen days after service of the objections.  The

11  parties are advised that failure to file objections within the specified time may waive the right to

12  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

13  DATED: May 15, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;latu0370.46fr

3