IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIONE V. LATUHOI,

      Plaintiff,                         No. 2:12-cv-0370-MCE-JFM (PS)

   vs.

BANK OF AMERICA, N.A., *et al.*,

      Defendants.                ORDER

_____/

      Plaintiff initiated this action on February 14, 2012.  On March 6, 2012, defendants filed a motion to dismiss.  After plaintiff failed to oppose the motion, the court issued an order dated April 10, 2012 ordering plaintiff to file an opposition or a statement of non-opposition to the pending motion within thirty days.  Plaintiff again failed to file an opposition.  Accordingly, on May 16, 2012, the undersigned issued findings and recommendations recommending that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff has now filed a motion for extension of time to file an opposition to the motion to dismiss.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The May 16, 2012 findings and recommendations are vacated; and

/////

1        2. Plaintiff shall file an opposition to the March 6, 2012 motion to dismiss within
2 twenty-one days from the date of this order.
3 DATED: August 20, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;latu0370.jo